917 So.2d 1063 (2006)
J.C., Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILIES, Appellee.
No. 4D05-3130.
District Court of Appeal of Florida, Fourth District.
January 18, 2006.
Richard E. Gitlen, Stuart, for appellant.
Pilar Harris and Jeffrey Dana Gillen, Fort Pierce, for appellee.
PER CURIAM.
Affirmed. See M.A.P. v. Dep't of Children and Families, 739 So.2d 1287, 1288 (Fla. 5th DCA 1999).
STEVENSON, C.J., GUNTHER and FARMER, JJ., concur.